UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB-SF, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLATINUM SJ ENTERPRISE,<br><br>　　　　　Defendant. | Case No. 13-cv-03797-WHO<br><br>**ORDER GRANTING ENLARGEMENT OF TIME**<br><br>Re: Dkt. Nos. 33, 34 |

　　　　Defendants have asked to enlarge time to respond to Plaintiff's Ex Parte Application for Temporary Restraining Order and/or Order to Show Cause re: Preliminary Injunction. The Court adopts plaintiff's proposal in response to defendants' request and ORDERS that defendants file any papers in opposition to plaintiff's motion by 5 pm, Pacific Standard Time, today. Plaintiff may have until 1 pm on Monday, September 9 to file any reply.

　　　　The Court set the original briefing and hearing dates in a telephone conference with counsel on August 21, 2013. Plaintiff's counsel expressed concern about the delay in setting this matter for a hearing, and when the Court initially suggested a hearing on September 11, defendants' counsel represented that he had a conflict. When the hearing date and time of September 13, 2013 at 2 pm was agreed upon, defense counsel did not object or mention that his observance of Yom Kippur would interfere with the hearing. Indeed, until today, there has been no suggestion that the hearing should be delayed as a result of Yom Kippur.

The Court does not expect that the hearing will last more than an hour, let alone until sundown. The hearing remains scheduled for September 13, 2013 at 2 pm in Courtroom 2.

**IT IS SO ORDERED.**

Dated: September 5, 2013



WILLIAM H. ORRICK
United States District Judge