David M. Given, SBN 142375
Alexander H. Tuzin, SBN 267760
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com; aht@phillaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB-SF, LLC, a Nevada limited liability company,<br>　　　　　　　Plaintiff,<br>v.<br>PLATINUM SJ ENTERPRISE, a California Corporation, and DOES 1-10,<br>　　　　　　　Defendants. | Case No. 13-CV-03797-WHO<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD FURNELLI IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 13, 2013<br>Time:　　　　2:00 p.m.<br>Courtroom:　2 (17th Floor) |

I, Richard Furnelli, declare as follows:

　　　　1.　　I am an adult, over the age of 21, and make this supplemental declaration in further support of Plaintiff's Motion for Preliminary Injunction. I am fully familiar with the facts stated herein and if called upon to testify thereto, could and would do so competently.

　　　　2.　　In or around 1994, when Solid Gold, Incorporated ("Solid Gold") selected the name GOLD CLUB for the San Francisco Gold Club, I was not aware that a gentlemen's club in Atlanta existed operating under the same name and mark. Solid Gold independently came up with the name and mark GOLD CLUB to use in connection with the San Francisco Gold Club, and chose this name and mark at random.

1

SUPPLEMENTAL RICHARD FURNELLI DECL. IFSO MOTION FOR PRELIMINARY INJUNCTION -
Case No. 13-CV-03797-WHO

3.  Apart from the one telephone call from Steve Kaplan that I have previously testified to, I have had no discussions with anyone from the Gold Club-Atlanta, or any of its related entities or persons, with regard to the GOLD CLUB name and mark in use at the San Francisco Gold Club.

4.  I do not know anyone by the name of Lyle Goodman. I do not recall meeting anyone by the name of Lyle Goodman. I do not recall speaking with anyone by the name of Lyle Goodman. To the best of my knowledge and belief, Lyle Goodman never visited the San Francisco Gold Club while Solid Gold owned and operated it.

5.  I was generally aware of talk about a Gold Club located in Chicopee, Massachusetts, dating back to the late 1990s, but to the best of my knowledge, that club never opened.

6.  My son, Richard Furnelli, Jr. ("Richard Jr.") was born in 1959. In or about 1979, when Richard Jr. was about 20 years old, it was discovered that he had a venous malfunction in the center of his brain. Immediately thereafter, Richard Jr. underwent neurosurgery. Ever since that surgery, which required the removal of a large portion of his brain, he has been severely disabled and, among other things, has great difficulty speaking. As a result, since around then, Richard, Jr. has been on full disability under the federal Social Security system.

7.  In 1995, it would not have been possible for Lyle Goodman (or anyone else) to have a coherent conversation with Richard Jr. regarding any business matter pertaining to the San Francisco Gold Club.

8.  On account of his severe disability, Richard Jr. has never been employed. He was never employed in any capacity by Solid Gold or the San Francisco Gold Club. He never had any knowledge with regard to the business affairs of Solid Gold or the San Francisco Gold Club. Needless to say, Richard Jr. never had the capacity or authority to represent Solid Gold or the San Francisco Gold Club or to enter into agreements on behalf of Solid Gold or the San Francisco Gold Club with anyone.

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
(415) 398-0900

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed this 6 of September, 2013, in _____Salem NY_____

       *[signature]*
       RICHARD FURNELLI