David M. Given, SBN 142375
Alexander H. Tuzin, SBN 267760
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  dmg@phillaw.com
        aht@phillaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB-SF, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PLATINUM SJ ENTERPRISE, a California Corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.  13-CV-03797-WHO<br><br>**ADDITIONAL SUPPLEMENTAL DECLARATION OF NICHOLAS CAROUBA IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 13, 2013<br>Time:　　　　2:00 p.m.<br>Courtroom:　　2 (17th Floor) |

I, Nicholas Carouba, declare as follows:

　　　　1.　　I am an adult, over the age of 21, and make this additional supplemental declaration in further support of Plaintiff's Motion for Preliminary Injunction. I am fully familiar with the facts stated herein and if called upon to testify thereto, could and would do so competently.

　　　　2.　　I am the custodian of records for Plaintiff with regard to the archived advertising and promotional materials for the San Francisco Gold Club.

　　　　3.　　I have conducted a diligent search for advertising and promotional materials from 1995 to 2004 for the San Francisco Gold Club; however, our archived

advertising and promotional materials for the club do not go back that far. After a diligent search, I have been unable to locate any advertising and promotional materials from 1995 to 2004 for the San Francisco Gold Club.

### GROWTH TRENDS IN ADVERTISING AND PROMOTION

4. Plaintiff spent approximately $57,000 on advertising and promotion for the San Francisco Gold Club in 2004. Attached as Exhibit A is a true and correct copy of Plaintiff's General Ledger Trial Balance for the San Francisco Gold Club advertising in 2004. According to these records, advertising vendors for the San Francisco Gold Club in 2004 included, among others:

- The San Francisco Chronicle – Print Advertisements
- SF Weekly – Print Advertisements
- Marcoa Publishing – Magazine Advertisements
- Expo Vision Partners – Convention Center Display Advertisements
- Weaver Official Publications – Convention Travel Book Advertisements
- Clear Channel – Taxi Top Advertisements
- Bay City Guide – Print Advertisements
- In Room City Guide – Magazine Advertisements
- Exotic Dancer Magazine – Magazine Advertisements

5. In 2005, Plaintiff spent approximately $106,000 on advertising and promotion for the San Francisco Gold Club. Attached as Exhibit B is a true and correct copy of Plaintiff's General Ledger Trial Balance for the San Francisco Gold Club advertising in 2005. This trend has continued over the years, as Plaintiff has continued to increase its spending year-over-year on advertising and promotion for the San Francisco Gold Club.

### AVAILABILITY OF PRINT ADVERTISING IN SAN JOSE

6. In or around 2004, I contacted *Metro Silicon Valley* regarding running advertisements for the San Francisco Gold Club in its paper. However, *Metro Silicon*

*Valley* had a policy not to run any advertisements for gentlemen's clubs and refused to run print advertisements for the San Francisco Gold Club in its paper.

7. In or around 2004, I contacted *San Jose Mercury News* regarding running advertisements for the San Francisco Gold Club in its paper. However, *San Jose Mercury News* had a policy not to run any advertisements for gentlemen's clubs and refused to run print advertisements for the San Francisco Gold Club in its paper. I confirmed several years later that this was still the policy of that newspaper.

## FREQUENCY OF ADVERTISING

8. Plaintiff advertised the San Francisco Gold Club in the *San Francisco Chronicle* from 2004 through 2007 on about a monthly basis.

9. Plaintiff advertised the San Francisco Gold Club in the *SF Weekly* from 2004 through 2007 on about a bi-weekly basis. Since 2008, Plaintiff has continued to regularly run advertisements in the *San Francisco Chronicle* promoting special events at the San Francisco Gold Club.

10. From January 2004 through 2010, Plaintiff has purchased advertising for the San Francisco Gold Club on San Francisco taxi tops on about a monthly basis.

11. Since about 2008, Plaintiff has shifted its advertising of the San Francisco Gold Club away from print media in favor of digital and online advertising.

## GOLD CLUB SF ANNIVERSARY CELEBRATIONS

12. I have reviewed the advertising copy in Exhibit 16 to the Declaration of Gregory H. Guillot (Docket No. 36-15). The dates for the anniversary celebrations referred in this exhibit do not relate to the date of the original opening of the San Francisco Gold Club. Rather, these anniversary parties merely celebrate the number of years since 2004 when Plaintiff took over the ownership and management of the San Francisco Gold Club from Solid Gold, Incorporated. The specific dates on which these celebrations took place were arbitrary and did not correspond to the dates that Plaintiff actually purchased or began managing the San Francisco Gold Club.

## RECENTLY RECEIVED EVIDENCE OF CONFUSION

13.   Attached as Exhibit C is a true and correct copy of a Reputation Management Alert that *SFGate* sent to Plaintiff regarding the San Francisco Gold Club, but which included a photograph of the San Jose Gold Club. I received this after August 28, 2013, the date of my first declaration in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9 day of September, 2013, in Reno, NV

_____
NICHOLAS CAROUBA

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
(415) 398-0900

EXHIBIT A

Sep 6, 2013 - 1:19pm          2004 Gold Club-SF, LLC                                              Page

G E N E R A L   L E D G E R   T R I A L   B A L A N C E

Ranges: Period 01/01/2004 To 12/31/2004
        Accts 5300-6000       To 5300-6000
        With Detail
        Active Accounts Only
        All Profit Centers
        By Account Number

| Account-No | Description | | | | | |
|---|---|---|---|---|---|---|
| | | Beginning Balance | Total Debits | Total Credits | Net Change | Ending Bal |
| 5300-6000 | Advertising - Sales & Promo | | | | | |

| Trx-Date | Dr-Amount | Cr-Amount | Acct Running Bal | Source | Reference |
|---|---|---|---|---|---|
| 01/31/2004 | | 41.71 | 41.71CR | CLUB | Jan special deposits |
| 03/31/2004 | 73.50 | | 31.79 | AP0087 | NmeSF WEEKLY |
| 03/31/2004 | 245.00 | | 276.79 | AP0087 | NmeMARCOA PUBLISH |
| 03/31/2004 | 375.00 | | 651.79 | AP0087 | NmeEXPO VISION PA |
| 03/31/2004 | 29.85 | | 681.64 | AP0087 | NmeSBC |
| 03/31/2004 | 763.00 | | 1,444.64 | AP0091 | NmeTHE SAN FRANCI |
| 03/31/2004 | 375.00 | | 1,819.64 | AP0091 | NmeEXPO VISION PACH |
| 04/13/2004 | 375.00 | | 2,194.64 | AP0100 | NmeEXPO VISION PA |
| 05/11/2004 | 750.00 | | 2,944.64 | AP0120 | NmeDEJA VU CONSUL |
| 05/11/2004 | 763.00 | | 3,707.64 | AP0120 | NmeTHE SAN FRANCI |
| 05/11/2004 | 375.00 | | 4,082.64 | AP0120 | NmeEXPO VISION PA |
| 05/18/2004 | 250.00 | | 4,332.64 | AP0126 | NmeDEJA VU CONSUL |
| 05/25/2004 | 3,000.00 | | 7,332.64 | AP0129 | NmeWEAVER OFFICIA |
| 06/14/2004 | 250.00 | | 7,582.64 | AP0164 | NmeDEJA VU CONSUL |
| 06/15/2004 | 763.00 | | 8,345.64 | AP0151 | NmeTHE SAN FRANCI |
| 06/16/2004 | 763.00 | | 9,108.64 | AP0164 | NmeTHE SAN FRANCI |
| 06/22/2004 | 202.95 | | 9,311.59 | AP0154 | NmeSBC |
| 06/22/2004 | 375.00 | | 9,686.59 | AP0154 | NmeEXPO VISION PAE |
| 07/13/2004 | 375.00 | | 10,061.59 | AP0172 | NmeEXPO VISION PAY |
| 07/20/2004 | 31.00 | | 10,092.59 | AP0177 | NmeSBC |
| 07/27/2004 | 837.50 | | 10,930.09 | AP0182 | NmeTHE SAN FRANCI |
| 07/27/2004 | 837.50 | | 11,767.59 | AP0182 | NmeTHE SAN FRANCI |
| 07/27/2004 | 250.00 | | 12,017.59 | AP0182 | NmeDEJA VU CONSUL |
| 08/10/2004 | 375.00 | | 12,392.59 | AP0200 | NmeEXPO VISION PA |
| 08/17/2004 | 250.00 | | 12,642.59 | AP0204 | NmeDEJA VU CONSUL |
| 08/17/2004 | 3,000.00 | | 15,642.59 | AP0204 | NmeCLEAR CHANNEL |
| 08/17/2004 | 714.28 | | 16,356.87 | AP0204 | NmeSEQUEL MEDIA.C |
| 08/24/2004 | 31.00 | | 16,387.87 | AP0208 | NmeSBC |
| 09/14/2004 | 375.00 | | 16,762.87 | AP0229 | NmeEXPO VISION PA |
| 09/14/2004 | 31.00 | | 16,793.87 | AP0229 | NmeSBC |
| 09/21/2004 | 250.00 | | 17,043.87 | AP0232 | NmeDEJA VU CONSUL |
| 09/21/2004 | 714.28 | | 17,758.15 | AP0232 | NmeSEQUEL MEDIA.C |
| 10/12/2004 | 3,000.00 | | 20,758.15 | AP0251 | NmeCLEAR CHANNEL |
| 10/12/2004 | 975.00 | | 21,733.15 | AP0251 | NmeBAY CITY GUIDE |
| 10/12/2004 | 837.50 | | 22,570.65 | AP0251 | NmeTHE SAN FRANCI |
| 10/12/2004 | 375.00 | | 22,945.65 | AP0251 | NmeEXPO VISION PA |
| 10/19/2004 | 31.00 | | 22,976.65 | AP0256 | NmeSBC |
| 10/19/2004 | 250.00 | | 23,226.65 | AP0256 | NmeDEJA VU CONSUL |
| 10/19/2004 | 279.16 | | 23,505.81 | AP0256 | NmeTHE SAN FRANCI |
| 10/19/2004 | 714.28 | | 24,220.09 | AP0256 | NmeSEQUEL MEDIA.C |
| 11/10/2004 | 3,000.00 | | 27,220.09 | AP0285 | NmeCLEAR CHANNEL |
| 11/10/2004 | 975.00 | | 28,195.09 | AP0285 | NmeBAY CITY GUIDE |

Sep  6, 2013 -  1:19pm                    2004 Gold Club-SF, LLC                                          Page

G E N E R A L   L E D G E R   T R I A L   B A L A N C E

| Account-No | Description | Beginning Balance | Total Debits | Total Credits | Net Change | Ending Bal |
|---|---|---|---|---|---|---|
| 11/10/2004 | 375.00 | | 28,570.09 | AP0285 | NmeEXPO VISION PA | |
| 11/10/2004 | 2,600.00 | | 31,170.09 | AP0285 | NmeSEQUEL MEDIA.C | |
| 11/12/2004 | 1,478.75 | | 32,648.84 | AP0288 | NmeIN-ROOM CITY G | |
| 11/16/2004 | 31.00 | | 32,679.84 | AP0288 | NmeSBC | |
| 11/16/2004 | 3,000.00 | | 35,679.84 | AP0288 | NmeWEAVER OFFICIA | |
| 11/22/2004 | 250.00 | | 35,929.84 | AP0292 | NmeDEJA VU CONSUL | |
| 11/22/2004 | 714.29 | | 36,644.13 | AP0292 | NmeSEQUEL MEDIA.C | |
| 11/30/2004 | 3,000.00 | | 39,644.13 | AP0301 | NmeCLEAR CHANNEL | |
| 12/07/2004 | 975.00 | | 40,619.13 | AP0301 | NmeBAY CITY GUIDE | |
| 12/14/2004 | 591.00 | | 41,210.13 | AP0308 | NmeSBC | |
| 12/14/2004 | 375.00 | | 41,585.13 | AP0308 | NmeEXPO VISION PA | |
| 12/28/2004 | 785.74 | | 42,370.87 | AP0318 | NmeSEQUEL MEDIA.C | |
| 12/28/2004 | 250.00 | | 42,620.87 | AP0318 | NmeDEJA VU CONSUL | |
| 12/28/2004 | 800.00 | | 43,420.87 | AP0318 | NmeEXOTIC DANCER | |
| 12/30/2004 | 1,003.06 | | 44,423.93 | AP0332 | NmeSAN FRANCISCO | |
| 12/30/2004 | 1,003.06 | | 45,426.99 | AP0332 | NmeSAN FRANCISCO | |
| 12/30/2004 | 1,003.06 | | 46,430.05 | AP0332 | NmeSAN FRANCISCO | |
| 12/31/2004 | 960.00 | | 47,390.05 | AP0330 | NmeCLEAR CHANNEL | |
| 12/31/2004 | 535.00 | | 47,925.05 | AP0330 | NmeSF WEEKLY | |
| 12/31/2004 | 535.00 | | 48,460.05 | AP0330 | NmeSF WEEKLY | |
| 12/31/2004 | 3,000.00 | | 51,460.05 | AP0330 | NmeCLEAR CHANNEL | |
| 12/31/2004 | 1,003.06 | | 52,463.11 | AP0332 | NmeSAN FRANCISCO | |
| 12/31/2004 | 1,003.06 | | 53,466.17 | AP0332 | NmeSAN FRANCISCO | |
| 12/31/2004 | 1,003.06 | | 54,469.23 | AP0332 | NmeSAN FRANCISCO | |
| 12/31/2004 | 2,963.26 | | 57,432.49 | AP0332 | NmeSAN FRANCISCO | |
| Account Total: | | .00 | 57,474.20 | 41.71 | 57,432.49 | 57,432 |
| Account 5300- Totals: | | 00 | 57,474.20 | 41.71 | 57,432.49 | 57,432 |
| Grand Totals: | | 00 | 57,474.20 | 41.71 | 57,432.49 | 57,432 |

EXHIBIT B

```
Sep  6, 2013 - 12:19pm                    2005 Gold Club-SF, LLC                                              Page    1

                                    G E N E R A L   L E D G E R   T R I A L   B A L A N C E

Ranges: Period 01/01/2005 To 12/31/2005
        Accts 5300-6000       To 5300-6000
        With Detail
        Active Accounts Only
        All Profit Centers
        By Account Number


Account-No      Description
                Beginning Balance        Total Debits     Total Credits       Net Change         Ending Balance
==================================================================================================================
5300-6000       Advertising - Sales & Promo

        Trx-Date          Dr-Amount        Cr-Amount    Acct Running Bal    Source       Reference
        01/26/2005           975.00                              975.00     AP0335       NmeBAY CITY GUIDE
        01/26/2005           591.00                            1,566.00     AP0335       NmeSBC
        01/26/2005           785.71                            2,351.71     AP0335       NmeSEQUEL MEDIA.C
        01/26/2005         1,003.06                            3,354.77     AP0335       NmeSAN FRANCISCO
        01/26/2005         1,003.06                            4,357.83     AP0335       NmeSAN FRANCISCO
        01/31/2005           250.00                            4,607.83     AP0348       NmeDEJA VU CONSUL
        01/31/2005         1,003.06                            5,610.89     AP0348       NmeSAN FRANCISCO
        02/08/2005           975.00                            6,585.89     AP0348       NmeBAY CITY GUIDE
        02/14/2005           750.00                            7,335.89     AP0352       NmeEXPO VISION PA
        02/17/2005           260.00                            7,595.89     AP0367       NmeMARCOA PUBLISH
        02/17/2005           250.00                            7,845.89     AP0371       NmeDEJA VU CONSUL
        02/23/2005           591.00                            8,436.89     AP0356       NmeSBC
        02/28/2005         3,000.00                           11,436.89     AP0371       NmeCLEAR CHANNEL
        03/15/2005           450.00                           11,886.89     AP0381       NmeEXPO VISION PA
        03/15/2005           591.00                           12,477.89     AP0381       NmeSBC
        03/15/2005           250.00                           12,727.89     AP0395       NmeDEJA VU CONSUL
        03/23/2005           975.00                           13,702.89     AP0384       NmeBAY CITY GUIDE
        03/23/2005         1,671.76                           15,374.65     AP0384       NmeSAN FRANCISCO
        03/31/2005           785.72                           16,160.37     AP0395       NmeSEQUEL MEDIA.C
        04/12/2005           400.00                           16,560.37     AP0406       NmeEXPO VISION PAIL
        04/20/2005           975.00                           17,535.37     AP0409       NmeBAY CITY GUIDE
        04/20/2005         3,000.00                           20,535.37     AP0409       NmeCLEAR CHANNEL
        04/20/2005           785.72                           21,321.09     AP0409       NmeSEQUEL MEDIA.C
        04/20/2005           591.00                           21,912.09     AP0409       NmeSBC
        05/10/2005           400.00                           22,312.09     AP0428       NmeEXPO VISION PA
        05/10/2005         1,003.06                           23,315.15     AP0428       NmeSAN FRANCISCO
        05/10/2005           975.00                           24,290.15     AP0428       NmeBAY CITY GUIDE
        05/17/2005         3,150.00                           27,440.15     AP0432       NmeWEAVER OFFICIA
        05/24/2005         1,003.06                           28,443.21     AP0438       NmeSAN FRANCISCO
        05/24/2005         1,003.06                           29,446.27     AP0438       NmeSAN FRANCISCO
        05/24/2005           785.71                           30,231.98     AP0438       NmeSEQUEL MEDIA.C
        05/24/2005         3,000.00                           33,231.98     AP0438       NmeCLEAR CHANNEL
        05/24/2005           500.00                           33,731.98     AP0438       NmeDEJA VU CONSUL
        05/24/2005           591.00                           34,322.98     AP0438       NmeSBC
        05/24/2005           833.34                           35,156.32     AP0444       NmeJAPANESE TOURI
        06/14/2005           400.00                           35,556.32     AP0451       NmeEXPO VISION PA
        06/14/2005           666.67                           36,222.99     AP0451       NmeDYNAFILMS
        06/14/2005           591.00                           36,813.99     AP0451       NmeSBC
        06/21/2005         1,003.06                           37,817.05     AP0454       NmeSAN FRANCISCO
        06/21/2005           975.00                           38,792.05     AP0454       NmeBAY CITY GUIDE
        06/21/2005         3,000.00                           41,792.05     AP0454       NmeCLEAR CHANNEL
        06/21/2005           250.00                           42,042.05     AP0454       NmeDEJA VU CONSUL
```

G E N E R A L   L E D G E R   T R I A L   B A L A N C E

| Account-No | Description | Beginning Balance | Total Debits | Total Credits | Net Change | Ending Balance |
|---|---|---|---|---|---|---|
| 06/21/2005 | 3,000.00 | | 45,042.05 | AP0454 | NmeCLEAR CHANNEL | |
| 06/28/2005 | 3,000.00 | | 48,042.05 | AP0459 | NmeCLEAR CHANNEL | |
| 06/28/2005 | 785.72 | | 48,827.77 | AP0459 | NmeSEQUEL MEDIA.C | |
| 07/12/2005 | 400.00 | | 49,227.77 | AP0470 | NmeEXPO VISION PA | |
| 07/19/2005 | 591.00 | | 49,818.77 | AP0474 | NmeSBC | |
| 07/26/2005 | 1,003.06 | | 50,821.83 | AP0480 | NmeSAN FRANCISCO | |
| 07/26/2005 | 1,003.06 | | 51,824.89 | AP0480 | NmeSAN FRANCISCO | |
| 07/26/2005 | 3,000.00 | | 54,824.89 | AP0480 | NmeCLEAR CHANNEL | |
| 07/26/2005 | 785.71 | | 55,610.60 | AP0480 | NmeSEQUEL MEDIA.C | |
| 07/26/2005 | 975.00 | | 56,585.60 | AP0480 | NmeBAY CITY GUIDE | |
| 07/26/2005 | 666.67 | | 57,252.27 | AP0480 | NmeDYNAFILMS | |
| 07/26/2005 | 1,003.06 | | 58,255.33 | AP0480 | NmeSAN FRANCISCO | |
| 07/26/2005 | 1,003.06 | | 59,258.39 | AP0480 | NmeSAN FRANCISCO | |
| 08/09/2005 | 400.00 | | 59,658.39 | AP0494 | NmeEXPO VISION PA | |
| 08/17/2005 | 1,003.06 | | 60,661.45 | AP0497 | NmeSAN FRANCISCO | |
| 08/17/2005 | 1,003.06 | | 61,664.51 | AP0497 | NmeSAN FRANCISCO | |
| 08/17/2005 | 1,003.06 | | 62,667.57 | AP0497 | NmeSAN FRANCISCO | |
| 08/17/2005 | 785.71 | | 63,453.28 | AP0497 | NmeSEQUEL MEDIA.C | |
| 08/17/2005 | 975.00 | | 64,428.28 | AP0497 | NmeBAY CITY GUIDE | |
| 08/17/2005 | 250.00 | | 64,678.28 | AP0497 | NmeDEJA VU CONSUL | |
| 08/24/2005 | 591.00 | | 65,269.28 | AP0504 | NmeSBC | |
| 08/31/2005 | 75.00 | | 65,344.28 | CLUB | AUGUST SALES | |
| 09/14/2005 | 400.00 | | 65,744.28 | AP0522 | NmeEXPO VISION PA | |
| 09/21/2005 | 785.71 | | 66,529.99 | AP0525 | NmeSEQUEL MEDIA.C | |
| 09/21/2005 | 1,003.06 | | 67,533.05 | AP0525 | NmeSAN FRANCISCO | |
| 09/21/2005 | 1,003.06 | | 68,536.11 | AP0525 | NmeSAN FRANCISCO | |
| 09/21/2005 | 1,003.06 | | 69,539.17 | AP0525 | NmeSAN FRANCISCO | |
| 09/21/2005 | 1,003.06 | | 70,542.23 | AP0525 | NmeSAN FRANCISCO | |
| 09/21/2005 | 1,003.06 | | 71,545.29 | AP0525 | NmeSAN FRANCISCO | |
| 09/21/2005 | 591.00 | | 72,136.29 | AP0525 | NmeSBC | |
| 09/21/2005 | 975.00 | | 73,111.29 | AP0525 | NmeBAY CITY GUIDE | |
| 09/21/2005 | 250.00 | | 73,361.29 | AP0525 | NmeDEJA VU CONSUL | |
| 10/09/2005 | 1,003.06 | | 74,364.35 | AP0560 | NmeSAN FRANCISCO | |
| 10/11/2005 | 1,003.06 | | 75,367.41 | AP0548 | NmeSAN FRANCISCO | |
| 10/11/2005 | 1,003.06 | | 76,370.47 | AP0548 | NmeSAN FRANCISCO | |
| 10/11/2005 | 1,003.06 | | 77,373.53 | AP0548 | NmeSAN FRANCISCO | |
| 10/11/2005 | 975.00 | | 78,348.53 | AP0548 | NmeBAY CITY GUIDE | |
| 10/11/2005 | 400.00 | | 78,748.53 | AP0548 | NmeEXPO VISION PA | |
| 10/12/2005 | 785.72 | | 79,534.25 | AP0560 | NmeSEQUEL MEDIA.C | |
| 10/16/2005 | 1,003.06 | | 80,537.31 | AP0560 | NmeSAN FRANCISCO | |
| 10/18/2005 | 591.00 | | 81,128.31 | AP0551 | NmeSBC | |
| 10/18/2005 | 250.00 | | 81,378.31 | AP0551 | NmeDEJA VU CONSUL | |
| 10/31/2005 | 833.33 | | 82,211.64 | AP0560 | NmeJAPANESE TOURI | |
| 11/15/2005 | 1,500.00 | | 83,711.64 | AP0572 | NmeCITY GUIDE | |
| 11/15/2005 | 3,150.00 | | 86,861.64 | AP0572 | NmeWEAVER OFFICIA | |
| 11/15/2005 | 400.00 | | 87,261.64 | AP0572 | NmeEXPO VISION PA | |
| 11/15/2005 | 975.00 | | 88,236.64 | AP0572 | NmeBAY CITY GUIDE | |
| 11/15/2005 | 1,662.50 | | 89,899.14 | AP0572 | NmeSAN FRANCISCO | |
| 11/15/2005 | 992.14 | | 90,891.28 | AP0572 | NmeSAN FRANCISCO | |
| 11/15/2005 | 785.72 | | 91,677.00 | AP0572 | NmeSEQUEL MEDIA.C | |
| 11/15/2005 | 1,003.06 | | 92,680.06 | AP0572 | NmeSAN FRANCISCO | |
| 11/15/2005 | 591.00 | | 93,271.06 | AP0572 | NmeSBC | |
| 12/11/2005 | 950.00 | | 94,221.06 | AP0616 | NmeSAN FRANCISCO | |

G E N E R A L   L E D G E R   T R I A L   B A L A N C E

| Account-No | Description | | | | | |
|---|---|---|---|---|---|---|
| | | Beginning Balance | Total Debits | Total Credits | Net Change | Ending Balance |
| 12/13/2005 | 300.00 | | 94,521.06 | AP0616 | NmeMARCOA PUBLISH | |
| 12/14/2005 | 950.00 | | 95,471.06 | AP0592 | NmeSAN FRANCISCO | |
| 12/14/2005 | 950.00 | | 96,421.06 | AP0592 | NmeSAN FRANCISCO | |
| 12/14/2005 | 950.00 | | 97,371.06 | AP0592 | NmeSAN FRANCISCO | |
| 12/14/2005 | 950.00 | | 98,321.06 | AP0592 | NmeSAN FRANCISCO | |
| 12/14/2005 | 833.33 | | 99,154.39 | AP0592 | NmeJAPANESE TOURI | |
| 12/14/2005 | 250.00 | | 99,404.39 | AP0592 | NmeDEJA VU CONSUL | |
| 12/14/2005 | 975.00 | | 100,379.39 | AP0592 | NmeBAY CITY GUIDE | |
| 12/14/2005 | 400.00 | | 100,779.39 | AP0592 | NmeEXPO VISION PA | |
| 12/18/2005 | 1,900.00 | | 102,679.39 | AP0616 | NmeSAN FRANCISCO | |
| 12/20/2005 | 785.72 | | 103,465.11 | AP0595 | NmeSEQUEL MEDIA,C | |
| 12/20/2005 | 721.50 | | 104,186.61 | AP0595 | NmeSBC | |
| 12/20/2005 | 250.00 | | 104,436.61 | AP0595 | NmeDEJA VU CONSUL | |
| 12/25/2005 | 1,900.00 | | 106,336.61 | AP0616 | NmeSAN FRANCISCO | |
| Account Total: | | .00 | 106,336.61 | .00 | 106,336.61 | 106,336.61 |
| Account 5300- Totals: | | .00 | 106,336.61 | .00 | 106,336.61 | 106,336.61 |
| Grand Totals: | | .00 | 106,336.61 | .00 | 106,336.61 | 106,336.61 |

EXHIBIT C

From: kendegori@aol.com
To: gmarlin01@aol.com
Sent: 8/28/2013 6:54:35 P.M. Pacific Daylight Time
Subj: Fwd: New SFGate.com Reputation Management Alert (305359)

They are confusing the two Gold Clubs, they have our address with San Jose pics

Ken DeGori
VP of Operations I BSC Management
250 Columbus Ave.
San Francisco, CA 94133
415.434.2868 ext. 7
312.576.1931 cell


-----Original Message-----
From: GateListHelp <GateListHelp@sfchronicle.com>
To: kendegori <kendegori@aol.com>; nani <nani@bscsf.com>; axel <axel@bscsf.com>; gc <gc@bscsf.com>
Sent: Wed, Aug 28, 2013 3:48 pm
Subject: New SFGate.com Reputation Management Alert (305359)

# New Reputation Alerts for Aug 28, 2013

Gold Club, 650 Howard Street, San Francisco, CA, 94105

To review your reporting please login at

1

## 2 Mentions Of Your Business In Image Names

http://customer.sfgate.com

Thank You,
The SFGate.com Team
1-415-777-7325



