David M. Given, SBN 142375
Alexander H. Tuzin, SBN 267760
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  dmg@phillaw.com
          aht@phillaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB-SF, LLC, a Nevada limited liability company,<br><br>                              Plaintiff,<br><br>v.<br><br>PLATINUM SJ ENTERPRISE, a California Corporation, and DOES 1-10,<br><br>                              Defendants. | Case No. 13-CV-03797-WHO<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH CAROUBA IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 13, 2013<br>Time:               2:00 p.m.<br>Courtroom:     2 (17th Floor) |

I, Joseph Carouba, declare as follows:

    1.    I am an adult, over the age of 21, and make this supplemental declaration in further support of Plaintiff's Motion for Preliminary Injunction.  I am fully familiar with the facts stated herein and if called upon to testify thereto, could and would do so competently.

**VOLUME OF SALES AND GROWTH TRENDS**

    2.    Approximately 60,000 customers visited the San Francisco Gold Club in 2004.  Attached as Exhibit A is a true and correct copy of the San Francisco Gold Club's customer counts by day for each month such records are available for 2004.  A new

1

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
(415) 398-0900

P.O.S. computer system was installed in February, which is why the data in this exhibit begins on February 21, 2004; the club operated continuously throughout the transfer of ownership and throughout all of January and February of 2004.

3.     Since 2004, the number of customers visiting the San Francisco Gold Club has continued to increase.  Over 100,000 customers visited the San Francisco Gold Club in 2012.  Attached as Exhibit B is a true and correct copy of the San Francisco Gold Club's customer counts for each year from 2004 through 2012.

4.     Moreover, the average amount of money that each customer spends in each visit to the San Francisco Gold Club has increased substantially since 2004.  This includes the average amount of money that each customer from Santa Clara and San Mateo counties spends in each visit to the San Francisco Gold Club; it too has increased substantially since 2004.

## CUSTOMERS FROM SANTA CLARA AND SAN MATEO COUNTIES

5.     At all times since Plaintiff purchased the San Francisco Gold Club in January 2004, the San Francisco Gold Club's clientele have come from throughout the San Francisco Bay Area, including from Santa Clara and San Mateo counties.  Some customers use their credit cards to purchase "Gold Dollars" from the club and then use these Gold Dollars to make other purchases at the club.  Although it is difficult to identify where most of the San Francisco Gold Club customers come from who simply use cash or credit cards to make their purchases at the club, it is possible to identify where the customers who purchase "Gold Dollars" come from, because the San Francisco Gold Club retains the driver's licenses of these customers for a period of time. These customers (which are only a small fraction of overall patronage) include customers from Santa Clara and San Mateo Counties.  I have reviewed these records to confirm the accuracy of the above statement.

6.     Ebbs and flows in the volume of San Francisco Gold Club's clientele that is derived from Santa Clara and San Mateo counties largely correspond with technology booms and busts in the "Silicon Valley."  However, since Plaintiff's purchase of the San

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
(415) 398-0900

Francisco Gold Club in January 2004, the numbers of the San Francisco Gold Club's clientele derived from these counties have generally increased over the years.

## TRADEMARK APPLICATION

7.    I do not recall why Gold Club-SF abandoned its trademark application filed on August 24, 2006 (Serial No. 76665033).  To the best of my recollection, upon the Trademark Office's action, Gold Club-SF reconsidered any interest in expanding nationally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9 of September, 2013, in San Francisco, Ca.

JOSEPH CAROUBA

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
(415) 398-0900

SUPPLEMENTAL JOSEPH CAROUBA DECL. IFSO MOT. FOR P.I. - Case No. 13-CV-03797-WHO

EXHIBIT A

**THE GOLD CLUB SAN FRANCISCO**
      **Feb-04**

| Day | Date | Door # People |
|---|---|---|
| Sun | 1-Feb | |
| Mon | 2-Feb | |
| Tues | 3-Feb | |
| Wed | 4-Feb | |
| Thur | 5-Feb | |
| Fri | 6-Feb | |
| Sat | 7-Feb | |
| Sun | 8-Feb | |
| Mon | 9-Feb | |
| Tues | 10-Feb | |
| Wed | 11-Feb | |
| Thur | 12-Feb | |
| Fri | 13-Feb | |
| Sat | 14-Feb | |
| Sun | 15-Feb | |
| Mon | 16-Feb | |
| Tues | 17-Feb | |
| Wed | 18-Feb | |
| Thur | 19-Feb | |
| Fri | 20-Feb | |
| Sat | 21-Feb | 241 |
| Sun | 22-Feb | 62 |
| Mon | 23-Feb | 74 |
| Tues | 24-Feb | 172 |
| Wed | 25-Feb | 149 |
| Thur | 26-Feb | 195 |
| Fri | 27-Feb | 252 |
| Sat | 28-Feb | 251 |
| Sun | 29-Feb | 69 |
| **Month Total** | | **1,465** |

**THE GOLD CLUB SAN FRANCISCO**
   **Mar-04**

| Day | Date | Door # People |
|---|---|---|
| Mon | 1-Mar | 93 |
| Tues | 2-Mar | 128 |
| Wed | 3-Mar | 174 |
| Thur | 4-Mar | 194 |
| Fri | 5-Mar | 277 |
| Sat | 6-Mar | 217 |
| Sun | 7-Mar | 53 |
| Mon | 8-Mar | 104 |
| Tues | 9-Mar | 161 |
| Wed | 10-Mar | 257 |
| Thur | 11-Mar | 335 |
| Fri | 12-Mar | 273 |
| Sat | 13-Mar | 274 |
| Sun | 14-Mar | 59 |
| Mon | 15-Mar | 73 |
| Tues | 16-Mar | 102 |
| Wed | 17-Mar | 174 |
| Thur | 18-Mar | 195 |
| Fri | 19-Mar | 200 |
| Sat | 20-Mar | 333 |
| Sun | 21-Mar | 38 |
| Mon | 22-Mar | 85 |
| Tues | 23-Mar | 92 |
| Wed | 24-Mar | 171 |
| Thur | 25-Mar | 187 |
| Fri | 26-Mar | 215 |
| Sat | 27-Mar | 262 |
| Sun | 28-Mar | 83 |
| Mon | 29-Mar | 93 |
| Tues | 30-Mar | 137 |
| Wed | 31-Mar | 205 |
| **Month Totals** | | **5,244** |

**THE GOLD CLUB SAN FRANCISCO**
       **Apr-04**

|  |  | Door |
| --- | --- | --- |
| **Day** | **Date** | **# People** |
| Thur | 1-Apr | 230 |
| Fri | 2-Apr | 222 |
| Sat | 3-Apr | 233 |
| Sun | 4-Apr | 20 |
| Mon | 5-Apr | 67 |
| Tues | 6-Apr | 101 |
| Wed | 7-Apr | 170 |
| Thur | 8-Apr | 205 |
| Fri | 9-Apr | 295 |
| Sat | 10-Apr | 182 |
| Sun | 11-Apr | 67 |
| Mon | 12-Apr | 100 |
| Tues | 13-Apr | 152 |
| Wed | 14-Apr | 134 |
| Thur | 15-Apr | 159 |
| Fri | 16-Apr | 292 |
| Sat | 17-Apr | 391 |
| Sun | 18-Apr | 64 |
| Mon | 19-Apr | 111 |
| Tues | 20-Apr | 211 |
| Wed | 21-Apr | 204 |
| Thur | 22-Apr | 167 |
| Fri | 23-Apr | 291 |
| Sat | 24-Apr | 213 |
| Sun | 25-Apr | 67 |
| Mon | 26-Apr | 89 |
| Tues | 27-Apr | 146 |
| Wed | 28-Apr | 180 |
| Thur | 29-Apr | 188 |
| Fri | 30-Apr | 328 |
| **Month Total** |  | **5,279** |

**THE GOLD CLUB SAN FRANCISCO**
**May-04**

| Day | Date | Door # People |
|-----|------|---------------|
| Sat | 1-May | 218 |
| Sun | 2-May | 44 |
| Mon | 3-May | 103 |
| Tues | 4-May | 169 |
| Wed | 5-May | 180 |
| Thur | 6-May | 159 |
| Fri | 7-May | 326 |
| Sat | 8-May | 286 |
| Sun | 9-May | 95 |
| Mon | 10-May | 163 |
| Tues | 11-May | 249 |
| Wed | 12-May | 215 |
| Thur | 13-May | 185 |
| Fri | 14-May | 372 |
| Sat | 15-May | 262 |
| Sun | 16-May | 43 |
| Mon | 17-May | 111 |
| Tues | 18-May | 186 |
| Wed | 19-May | 206 |
| Thur | 20-May | 249 |
| Fri | 21-May | 342 |
| Sat | 22-May | 313 |
| Sun | 23-May | 77 |
| Mon | 24-May | 132 |
| Tues | 25-May | 192 |
| Wed | 26-May | 179 |
| Thur | 27-May | 243 |
| Fri | 28-May | 311 |
| Sat | 29-May | 214 |
| Sun | 30-May | 108 |
| Mon | 31-May | 56 |
| **Month Totals** | | **5,988** |

**THE GOLD CLUB SAN FRANCISCO**
    **Jun-04**

| Day | Date | Door # People |
|---|---|---|
| Tues | 1-Jun | 87 |
| Wed | 2-Jun | 100 |
| Thur | 3-Jun | 185 |
| Fri | 4-Jun | 310 |
| Sat | 5-Jun | 288 |
| Sun | 6-Jun | 76 |
| Mon | 7-Jun | 170 |
| Tues | 8-Jun | 190 |
| Wed | 9-Jun | 209 |
| Thur | 10-Jun | 251 |
| Fri | 11-Jun | 265 |
| Sat | 12-Jun | 260 |
| Sun | 13-Jun | 63 |
| Mon | 14-Jun | 163 |
| Tues | 15-Jun | 284 |
| Wed | 16-Jun | 408 |
| Thur | 17-Jun | 318 |
| Fri | 18-Jun | 412 |
| Sat | 19-Jun | 311 |
| Sun | 20-Jun | 63 |
| Mon | 21-Jun | 178 |
| Tues | 22-Jun | 181 |
| Wed | 23-Jun | 207 |
| Thur | 24-Jun | 314 |
| Fri | 25-Jun | 294 |
| Sat | 26-Jun | 239 |
| Sun | 27-Jun | 98 |
| Mon | 28-Jun | 173 |
| Tues | 29-Jun | 198 |
| Wed | 30-Jun | 196 |
| **Month Total** | | **6,491** |

**THE GOLD CLUB SAN FRANCISCO**
**Jul-04**

| Day | Date | Door # People |
|---|---|---|
| Thur | 1-Jul | 176 |
| Fri | 2-Jul | 287 |
| Sat | 3-Jul | 169 |
| Sun | 4-Jul | 76 |
| Mon | 5-Jul | 59 |
| Tues | 6-Jul | 88 |
| Wed | 7-Jul | 169 |
| Thur | 8-Jul | 215 |
| Fri | 9-Jul | 355 |
| Sat | 10-Jul | 371 |
| Sun | 11-Jul | 97 |
| Mon | 12-Jul | 243 |
| Tues | 13-Jul | 343 |
| Wed | 14-Jul | 168 |
| Thur | 15-Jul | 245 |
| Fri | 16-Jul | 395 |
| Sat | 17-Jul | 284 |
| Sun | 18-Jul | 64 |
| Mon | 19-Jul | 99 |
| Tues | 20-Jul | 132 |
| Wed | 21-Jul | 207 |
| Thur | 22-Jul | 217 |
| Fri | 23-Jul | 317 |
| Sat | 24-Jul | 273 |
| Sun | 25-Jul | 71 |
| Mon | 26-Jul | 72 |
| Tues | 27-Jul | 126 |
| Wed | 28-Jul | 160 |
| Thur | 29-Jul | 211 |
| Fri | 30-Jul | 322 |
| Sat | 31-Jul | 279 |
| **Month Total** | | **6,290** |

**THE GOLD CLUB SAN FRANCISCO**
   **Aug-04**

| Day | Date | Door # People |
|---|---|---|
| Sun | 1-Aug | 73 |
| Mon | 2-Aug | 158 |
| Tues | 3-Aug | 184 |
| Wed | 4-Aug | 188 |
| Thur | 5-Aug | 212 |
| Fri | 6-Aug | 314 |
| Sat | 7-Aug | 267 |
| Sun | 8-Aug | 53 |
| Mon | 9-Aug | 83 |
| Tues | 10-Aug | 133 |
| Wed | 11-Aug | 159 |
| Thur | 12-Aug | 210 |
| Fri | 13-Aug | 330 |
| Sat | 14-Aug | 359 |
| Sun | 15-Aug | 55 |
| Mon | 16-Aug | 124 |
| Tues | 17-Aug | 171 |
| Wed | 18-Aug | 215 |
| Thur | 19-Aug | 164 |
| Fri | 20-Aug | 328 |
| Sat | 21-Aug | 295 |
| Sun | 22-Aug | 65 |
| Mon | 23-Aug | 138 |
| Tues | 24-Aug | 227 |
| Wed | 25-Aug | 274 |
| Thur | 26-Aug | 225 |
| Fri | 27-Aug | 341 |
| Sat | 28-Aug | 220 |
| Sun | 29-Aug | 56 |
| Mon | 30-Aug | 67 |
| Tues | 31-Aug | 162 |
| **Month Totals** | | **5,850** |

**THE GOLD CLUB SAN FRANCISCO**
   **Sep-04**

| Day | Date | Door # People |
|---|---|---|
| Wed | 1-Sep | 207 |
| Thur | 2-Sep | 193 |
| Fri | 3-Sep | 323 |
| Sat | 4-Sep | 226 |
| Sun | 5-Sep | 162 |
| Mon | 6-Sep | 53 |
| Tues | 7-Sep | 104 |
| Wed | 8-Sep | 174 |
| Thur | 9-Sep | 164 |
| Fri | 10-Sep | 331 |
| Sat | 11-Sep | 360 |
| Sun | 12-Sep | 75 |
| Mon | 13-Sep | 92 |
| Tues | 14-Sep | 157 |
| Wed | 15-Sep | 182 |
| Thur | 16-Sep | 191 |
| Fri | 17-Sep | 313 |
| Sat | 18-Sep | 368 |
| Sun | 19-Sep | 87 |
| Mon | 20-Sep | 155 |
| Tues | 21-Sep | 200 |
| Wed | 22-Sep | 217 |
| Thur | 23-Sep | 298 |
| Fri | 24-Sep | 314 |
| Sat | 25-Sep | 286 |
| Sun | 26-Sep | 60 |
| Mon | 27-Sep | 106 |
| Tues | 28-Sep | 108 |
| Wed | 29-Sep | 181 |
| Thur | 30-Sep | 221 |
| **Month Totals** | | **5,908** |

**THE GOLD CLUB SAN FRANCISCO**
**Oct-04**

| Day | Date | Door # People |
|---|---|---|
| Fri | 1-Oct | 322 |
| Sat | 2-Oct | 288 |
| Sun | 3-Oct | 68 |
| Mon | 4-Oct | 104 |
| Tues | 5-Oct | 124 |
| Wed | 6-Oct | 204 |
| Thur | 7-Oct | 263 |
| Fri | 8-Oct | 321 |
| Sat | 9-Oct | 250 |
| Sun | 10-Oct | 83 |
| Mon | 11-Oct | 104 |
| Tues | 12-Oct | 155 |
| Wed | 13-Oct | 176 |
| Thur | 14-Oct | 205 |
| Fri | 15-Oct | 305 |
| Sat | 16-Oct | 236 |
| Sun | 17-Oct | 108 |
| Mon | 18-Oct | 206 |
| Tues | 19-Oct | 154 |
| Wed | 20-Oct | 160 |
| Thur | 21-Oct | 259 |
| Fri | 22-Oct | 270 |
| Sat | 23-Oct | 264 |
| Sun | 24-Oct | 117 |
| Mon | 25-Oct | 195 |
| Tues | 26-Oct | 232 |
| Wed | 27-Oct | 164 |
| Thur | 28-Oct | 246 |
| Fri | 29-Oct | 267 |
| Sat | 30-Oct | 147 |
| Sun | 31-Oct | 51 |
| **Month Total** | | **6,048** |

**THE GOLD CLUB SAN FRANCISCO**
   **Nov-04**

| Day | Date | Door<br># People |
|---|---|---|
| Mon | 1-Nov | 77 |
| Tues | 2-Nov | 83 |
| Wed | 3-Nov | 151 |
| Thur | 4-Nov | 220 |
| Fri | 5-Nov | 305 |
| Sat | 6-Nov | 207 |
| Sun | 7-Nov | 66 |
| Mon | 8-Nov | 93 |
| Tues | 9-Nov | 141 |
| Wed | 10-Nov | 232 |
| Thur | 11-Nov | 212 |
| Fri | 12-Nov | 219 |
| Sat | 13-Nov | 259 |
| Sun | 14-Nov | 77 |
| Mon | 15-Nov | 102 |
| Tues | 16-Nov | 152 |
| Wed | 17-Nov | 130 |
| Thur | 18-Nov | 196 |
| Fri | 19-Nov | 332 |
| Sat | 20-Nov | 229 |
| Sun | 21-Nov | 61 |
| Mon | 22-Nov | 70 |
| Tues | 23-Nov | 164 |
| Wed | 24-Nov | 169 |
| Thur | 25-Nov | 30 |
| Fri | 26-Nov | 183 |
| Sat | 27-Nov | 221 |
| Sun | 28-Nov | 66 |
| Mon | 29-Nov | 59 |
| Tues | 30-Nov | 87 |
| **Month Totals** | | **4,593** |

**THE GOLD CLUB SAN FRANCISCO**
**Dec-04**

| Day | Date | Door<br># People |
|---|---|---|
| Wed | 1-Dec | 191 |
| Thur | 2-Dec | 249 |
| Fri | 3-Dec | 454 |
| Sat | 4-Dec | 232 |
| Sun | 5-Dec | 111 |
| Mon | 6-Dec | 161 |
| Tues | 7-Dec | 250 |
| Wed | 8-Dec | 303 |
| Thur | 9-Dec | 301 |
| Fri | 10-Dec | 339 |
| Sat | 11-Dec | 192 |
| Sun | 12-Dec | 57 |
| Mon | 13-Dec | 82 |
| Tues | 14-Dec | 142 |
| Wed | 15-Dec | 233 |
| Thur | 16-Dec | 243 |
| Fri | 17-Dec | 543 |
| Sat | 18-Dec | 235 |
| Sun | 19-Dec | 64 |
| Mon | 20-Dec | 114 |
| Tues | 21-Dec | 179 |
| Wed | 22-Dec | 206 |
| Thur | 23-Dec | 214 |
| Fri | 24-Dec | 18 |
| Sat | 25-Dec | 57 |
| Sun | 26-Dec | 53 |
| Mon | 27-Dec | 115 |
| Tues | 28-Dec | 130 |
| Wed | 29-Dec | 153 |
| Thur | 30-Dec | 292 |
| Fri | 31-Dec | 261 |
| **Month Total** | | **6,174** |

EXHIBIT B

**THE GOLD CLUB SAN FRANCISCO**
TOTAL CUSTOMER COUNTS 2004-2012

| | 2004* | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Jan | | 5,670 | 4,868 | 5,775 | 5,336 | 5,420 | 5,034 | 5,561 | 7,364 |
| Feb | 1,465 | 5,463 | 4,777 | 5,825 | 6,740 | 4,308 | 4,571 | 7,161 | 8,759 |
| March | 5,244 | 5,874 | 5,793 | 7,008 | 6,242 | 5,376 | 5,119 | 6,992 | 8,533 |
| April | 5,279 | 6,210 | 5,767 | 6,322 | 6,254 | 5,699 | 6,052 | 7,352 | 7,404 |
| May | 5,988 | 5,449 | 5,973 | 6,855 | 6,225 | 5,561 | 5,491 | 7,149 | 8,045 |
| June | 6,491 | 5,521 | 7,117 | 6,789 | 5,582 | 5,496 | 5,174 | 7,917 | 9,047 |
| July | 6,290 | 5,782 | 6,752 | 7,178 | 5,892 | 5,505 | 5,677 | 7,756 | 8,107 |
| August | 5,850 | 5,553 | 6,837 | 6,667 | 6,445 | 5,394 | 5,954 | 7,170 | 9,700 |
| Sept | 5,908 | 6,328 | 6,860 | 7,027 | 6,431 | 5,319 | 5,699 | 7,727 | 8,648 |
| Oct | 6,048 | 5,222 | 6,470 | 7,015 | 6,274 | 6,137 | 7,085 | 8,506 | 9,831 |
| Nov | 4,593 | 4,836 | 5,432 | 6,566 | 5,136 | 5,432 | 4,645 | 7,119 | 8,692 |
| Dec | 6,174 | 5,161 | 6,008 | 6,268 | 4,687 | 5,080 | 4,868 | 8,452 | 8,776 |
| **Totals** | **59,330** | **67,069** | **72,654** | **79,295** | **71,244** | **64,727** | **65,369** | **88,862** | **102,906** |

*The tally for 2004 is incomplete. The number of customers from January 1, 2004 through
February 20, 2004 is unavailable because a new P.O.S. system was installed in February 2004.