UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB-SF, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PLATINUM SJ ENTERPRISE, et al.,<br><br>    Defendant. | Case No.  13-cv-03797-WHO<br><br>**ORDER CONCERNING MEDIATION AND DEPOSITIONS** |

On November 8, 2013, the parties held an alternative dispute resolution phone conference with the Court's Alternative Dispute Resolution Program. Based on the conference, the Court ORDERS the following:

This case is referred to the Court's mediation program. The parties shall contact and coordinate with the program to arrange mediation. During any mediation conference, each party shall have in personal attendance an officer with final decision-making authority.

The Court encourages the parties to attempt to resolve this case prior to taking depositions, since it would seem that the issues have been sufficiently developed through the motion for a preliminary injunction, but that is not a requirement. Depositions may be taken prior to the mediation, which shall be completed by January 31, 2014. Absent good cause or unless otherwise stipulated, the parties may take no more than three depositions per side prior to the mediation.

**IT IS SO ORDERED.**

Dated: November 12, 2013



WILLIAM H. ORRICK
United States District Judge