UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CLUB-SF, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PLATINUM SJ ENTERPRISE,<br><br>    Defendant. | Case No. 13-cv-03797-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 88 |

Pursuant to stipulation of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with prejudice**. The Clerk shall close the case.

Dated: February 3, 2014

_____
WILLIAM H. ORRICK
United States District Judge